Michael S. Freeman, Colo. Bar # 030007
mfreeman@earthjustice.org
EARTHJUSTICE
1400 Glenarm Place, #300
Denver, CO 80202
(303) 623-9466
(303) 623-8083 (facsimile)

Craig Coleman, Minn. Bar # 325491
CColeman@Faegre.com
Michael C. Soules, D.C. Bar # 477911
MSoules@Faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

Henry Egghart, Nev. Bar #3401
702 Plumas Street
Reno, NV 89509-1734
(775) 329-2705
(775) 852-5309 (facsimile)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE WILDERNESS SOCIETY; GREAT OLD BROADS FOR WILDERNESS,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; et al.,<br><br>    Defendants. | 3:07-cv-00170-RLH-RAM<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO AMEND COMPLAINT AND FOR ORDER REQUIRING COMPLETION OF ADMINISTRATIVE RECORD**<br><br>**(SECOND REQUEST)** |

1

Plaintiffs The Wilderness Society and Great Old Broads for Wilderness (collectively, "TWS") respectfully submit this unopposed motion for extension of time to file a reply in support of their motion for leave to amend the Complaint and for an order requiring Defendants to complete the administrative record in this case (the "Motion to Amend") (Dkt #35). TWS requests that its reply deadline be extended by one week, until March 24, 2008.

TWS filed its Motion to Amend on January 11, 2008. On January 28, 2008, this Court granted Defendants' motion for a 24-day extension of time to respond to the Motion to Amend, making Defendants' response due on February 22, 2008. The Court's order also set a March 17, 2008 deadline for TWS to file its reply in support of the Motion to Amend. (Dkt # 37.)

Shortly before filing their response to the Motion to Amend on February 22, 2008, Defendants filed a supplement to the administrative record (Dkt # 38), and served TWS with a substantial supplemental response to TWS's Freedom of Information Act administrative appeal. (Dkt #39-2.) Counsel for TWS has been diligently reviewing these documents, and assessing the extent to which they resolve any of the issues raised in the Motion to Amend.

TWS requests this brief extension of time because undersigned counsel's recent transition to a new law office (Dkt # 40), and counsel's commitments in other cases, have prevented TWS from completing the review of the new documents and the preparation of a reply in support of the Motion to Amend. The additional time also will assist TWS in identifying which issues raised by the Motion to Amend may have been narrowed by

2

Defendants' supplemental production of new documents (although it does not appear that the dispute will be fully resolved).

TWS's counsel has conferred with counsel for Defendants, and Defendants do not oppose this Motion. Accordingly, TWS respectfully requests that this Court enter an Order extending the deadline for filing its Reply in Support of the Motion to Amend by seven days, until March 24, 2008.

Dated: March 12, 2008

s/ Michael S. Freeman

Craig Coleman, Minn. Bar # 325491
CColeman@Faegre.com
Michael C. Soules, D.C. Bar # 477911
MSoules@Faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

Henry Egghart, Nev. Bar #3401
702 Plumas Street
Reno, NV 89509-1734
(775) 329-2705
(775) 852-5309 (facsimile)

Michael S. Freeman, Colo. Bar # 030007
mfreeman@earthjustice.org
EARTHJUSTICE
1400 Glenarm Place, #300
Denver, CO 80202
(303) 623-9466
(303) 623-8083 (facsimile)

*Attorneys for Plaintiffs The Wilderness Society and Great Old Broads for Wilderness*

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: March 12, 2008 \_\_\_\_\_

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2008, a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO AMEND COMPLAINT AND FOR ORDER REQUIRING COMPLETION OF ADMINISTRATIVE RECORD** was served on the following persons by e-filing as designated below:

Rachael A. Dougan
U.S. Department of Justice
Environment and Natural Resources Division
PO Box 663
Ben Franklin Station
Washington, DC 20044-0663


                s/ Michael S. Freeman