AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

THE WILDERNESS SOCIETY; GREAT
OLD BROADS FOR WILDERNESS,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                                     CASE NUMBER: **3:07-CV-00170-RLH-RAM**

UNITED STATES FOREST SERVICE,
et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiffs' Motion for Summary Judgment [49] is **DENIED.** IT IS FURTHER ORDERED that the Forest Service's Motion for Summary Judgment [80] is **GRANTED.**

  March 18, 2011                                       **LANCE S. WILSON**
      Date                                                       Clerk

                                                          /s/    M. Campbell
                                                              Deputy Clerk